MICHELLE B. HEVERLY, Bar No. 178660
TOMOMI GLOVER, Bar No. 244886
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando
15th Floor
San Jose, CA  95113.2303
Telephone:     408.998.4150
Fax No.:         408.288.5686

Attorneys for Defendant
NORDSTROM, INC.

MATTHEW R. BAINER, Bar No. 220972
HANNAH R. SALASSI, Bar No. 230117
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, CA   94612
Telephone:  (510) 891-9800
Fax No.:  (510) 891-7030

Attorneys for the Representative Plaintiff and the
Plaintiff's Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  C 11-0301 –CW<br><br>**JOINT STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

Plaintiff Brian Algee and Defendant Nordstrom, Inc. (hereinafter collectively "the Parties), by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, an Initial Scheduling Conference in the above entitled action is currently scheduled for May 24, 2011 at 2:00 p.m. in Courtroom 2;

CASE NO. C 11-0301 -CW                                                                        JOINT STIPULATION AND ~~PROPOSED~~
                                                                                                                              ORDER CONTINUING SCHEDULING CONF.

1   WHEREAS, the Parties have met and conferred and have filed a Joint Scheduling
2   Conference Statement as required by the FRCP and Local Rules;

3   WHEREAS, lead trial counsel for Defendant, Michelle B. Heverly, underwent a surgical
4   procedure on May 23, 2011 at the Stanford Cancer Center in Palo Alto California;

5   WHEREAS, pursuant to her post-operative instructions, Ms. Heverly is unable to drive or
6   otherwise resume her normal activities until May 31, 2011;

7   WHEREAS, Mr. Bainer is unavailable June 1 through 3, 2011 or the afternoons of June 8
8   or 9, 2011;

9   WHEREAS, the Parties have met and conferred on this issue and have agreed that the Initial
10  Scheduling Conference should be continued to allow Ms. Heverly's participation, as required by the
11  Northern District Local Rules;

12  NOW, THEREFORE, the parties stipulate and respectfully request that the Initial Scheduling
13  Conference currently set for May 24, 2011 be vacated and that a new Initial Scheduling Conference
14  be set on the Court's the next available date on or after June 6, 2011, excluding the afternoons of
15  June 8 or 9, 2011.

16  IT IS SO STIPULATED.

17  Dated: May 23, 2011

*/s/ Tomomi Glover*
MICHELLE B. HEVERLY
TOMOMI GLOVER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NORDSTROM, INC.

Dated: May 23, 2011

*/s/ Matthew R. Bainer*
MATTHEW R. BAINER
HANNAH R. SALASSI
SCOTT COLE & ASSOCIATES, APC
Attorneys for the Representative Plaintiff and
the Plaintiff's Class

CASE NO. C 11-0301 –CW   2.   JOINT STIPULATION AND ~~PROPOSED~~
ORDER CONTINUING SCHEDULING CONF.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

# **ORDER**

**IT IS HEREBY ORDERED** that pursuant to the stipulation between the Parties, the Initial Scheduling conference set for May 24, 2011 at 2:00 p.m. be vacated, and that a new Initial Scheduling Conference be set for Tuesday, June 21, 2011 at 2:00 p.m.

Dated: ____**5/24/2011**_____

_____
HONORABLE CLAUDIA WILKEN
US DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:101859055.1 058713.1030

CASE NO. C 11-0301 –CW　　　　3.　　　JOINT STIPULATION AND P~~ROPOSED~~ ORDER CONTINUING SCHEDULING CONF.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150