MICHELLE B. HEVERLY, Bar No. 178660
TOMOMI GLOVER, Bar No. 244886
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando
15th Floor
San Jose, CA  95113.2303
Telephone:      408.998.4150
Fax No.:          408.288.5686

Attorneys for Defendant
NORDSTROM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NORDSTROM, INC., and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.  C 11-0301 CW |
| FAINE DAVIS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NORDSTROM, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  CV11-3956 TEH<br><br>[PROPOSED] ORDER RELATING CASES AND SETTING BRIEFING AND HEARING SCHEDULES ON MOTION TO COMPEL ARBITRATION AND MOTION FOR LEAVE TO FILE AMENDED OR SUPPLEMENTAL ANSWER<br><br>(Docket Nos. 32 and 35 in 11-301; Docket No. 9 in 11-3956)<br><br>Civil L.R. 3-12 |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

[PROPOSED] ORDER RELATING CASES

1    The Court, having considered Defendant Nordstrom, Inc.'s Administrative Motion to

2  Consider Whether Case Should Be Related and all supporting documents presented before the Court,

3  any opposition thereto, and all prior pleadings and proceedings had herein, hereby orders as follows:

4    *Algee v. Nordstrom, Inc.*, CV11-0301, and *Davis v. Nordstrom, Inc.*, case number CV11-

5  3956, shall be related and conducted before Judge Wilken.  A case management conference shall be

6  held in each case on December 8, 2011.  Case management statements must be filed no less than

7  seven  days prior to that date, in accordance with the Local Rules.

8    Defendant's pending Motion to Compel Arbitration, *Davis v. Nordstrom, Inc.*, Docket No. 9,

9  need not be re-noticed before this Court.  The Court sets the following briefing and hearing schedule

10 for this motion:

11    1.  Plaintiff's Opposition to the Motion to Compel Arbitration is due by October 31, 2011.

12    2.  Defendant's Reply in further support of the Motion to Compel Arbitration is due by

13       November 7, 2011.

14    3.  The motion hearing is set for Thursday, December 8, 2011.

15    On October 14, 2011, Defendant Nordstrom filed a Notice of Motion for Leave to File an

16 Amended or Supplemental Answer in *Algee v. Nordstrom, Inc.*,  Docket No. 35, which set the

17 hearing date for this motion to be November 15, 2011, less than thirty-five days after the date of the

18 notice, in violation of Local Rule 7-2(a).  Accordingly, the Court vacates the current hearing date

19 and sets the following briefing and hearing schedule for this motion:

20    1.  Plaintiff's Opposition to the Motion to Leave to File an Amended or Supplemental

21       Answer is due by October 31, 2011.

22    2.  Defendant's Reply in further support of the Motion to Leave to File an Amended or

23       Supplemental Answer is due by November 7, 2011.

24    3.  The motion hearing is set for December 8, 2011.

25 Dated:____10/18/2011_____        _____

26                                            UNITED STATES DISTRICT JUDGE

27 Firmwide:103938075.1 058713.1030

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

[PROPOSED] ORDER RELATING CASES                    2.