| | |
|---|---|
| 1 | Matthew R. Bainer, Esq. (S.B. #220972) |
| | Hannah R. Salassi, Esq. (S.B. #230117) |
| 2 | **SCOTT COLE & ASSOCIATES, APC** |
| | 1970 Broadway, Ninth Floor |
| 3 | Oakland, California 94612 |
| | Telephone: (510) 891-9800 |
| 4 | Facsimile:  (510) 891-7030 |
| | Email:   mbainer@scalaw.com |
| 5 | Email:   hsalassi@scalaw.com |
| | Web:    www.scalaw.com |
| 6 | |
| | Attorneys for Representative Plaintiff |
| 7 | and the Plaintiff Class |
| 8 | |
| 9 | Dominic J. Messiah, Esq. Bar No. 204544 |
| | Matthew J. Sharbaugh, Esq. Bar No. 260830 |
| 10 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 11 | Los Angeles, CA 90067 |
| | Telephone: 310-553-0308 |
| 12 | Fax: 310-553-5583 |
| 13 | Attorneys for Defendant |
| | Nordstrom, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| BRIAN ALGEE, individually, and on behalf of all others similarly situated, | Case No. 4:11-CV-00301-CW |
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED OR SUPPLEMENTAL ANSWER** |
| NORDSTROM, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

1  Plaintiff Brian Algee and Defendant Nordstrom, Inc. (hereinafter collectively "the Parties),
2  by and through their respective counsel, hereby agree and stipulate to the following:
3  **WHEREAS,** the Case Management Conference and Motion for Leave to File Amended or
4  Supplemental Answer previously set for Thursday, December 8, 2011 in the above entitled action is
5  continued to Thursday, December 15, 2011;
6  **WHEREAS,** Plaintiff's counsel are not available on December 15, 2011;
7  **WHEREAS,** the Parties have met and conferred on this issue and have agreed that the Case
8  Management Conference and Motion for Leave to File Amended or Supplemental Answer should be
9  continued to Thursday, December 22, 2011, as required by the Northern District Local Rules;
10 **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties
11 through their respective attorneys of record and subject to the approval of the Court, the Case
12 Management Conference and Motion for Leave to File Amended or Supplemental Answer currently
13 set for December 15, 2011 be continued to December 22, 2011 at 2:00 p.m.
14 **IT IS SO STIPULATED.**

16 Dated: December 6, 2011
17                                                    **SCOTT COLE & ASSOCIATES, APC**

19
20                                                    By:  /s/ Hannah R. Salassi
                                                          Hannah R. Salassi, Esq.
                                                          Attorneys for the Representative Plaintiffs
21                                                        and the Plaintiff Class

22 Dated: December 6, 2011
                                                      **LITTLER MENDELSON, P.C.**
23

25                                                    By:  /s/ Matthew J. Sharbaugh
                                                          Matthew J. Sharbaugh, Esq.
26                                                        Attorneys for Defendant
                                                          Nordstrom, Inc.

**PROPOSED] ORDER**

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

Case Management Conference and Motion for Leave to File Amended or Supplemental Answer is continued to December 22, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 12/7/2011

The Honorable Claudia Wilken
United States District Judge,