1   Matthew R. Bainer, Esq. (S.B. #220972)
    Hannah R. Salassi, Esq. (S.B. #230117)
2   **SCOTT COLE & ASSOCIATES, APC**
    1970 Broadway, Ninth Floor
3   Oakland, California 94612
    Telephone: (510) 891-9800
4   Facsimile:  (510) 891-7030
    Email:  mbainer@scalaw.com
5   Email:  hsalassi@scalaw.com
    Web:    www.scalaw.com
6
    Attorneys for Representative Plaintiff
7   and the Plaintiff Class

8

9   Dominic J. Messiah, Esq. Bar No. 204544
    Matthew J. Sharbaugh, Esq. Bar No. 260830
10  LITTLER MENDELSON, P.C.
    2049 Century Park East, 5th Floor
11  Los Angeles, CA 90067
    Telephone: 310-553-0308
12  Fax: 310-553-5583

13  Attorneys for Defendant
    Nordstrom, Inc.

14

15              **UNITED STATES DISTRICT COURT**

16      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

17

18  BRIAN ALGEE, individually, and on        )   **Case No. 4:11-CV-00301-CW**
    behalf of all others similarly situated,  )
19                                            )   **CLASS ACTION**
                                              )
20              Plaintiff,                    )
                                              )   **STIPULATION AND [~~PROPOSED~~] ORDER**
21  vs.                                       )   **CONTINUING CASE MANAGEMENT**
                                              )   **CONFERENCE AND DEFENDANT'S**
22  NORDSTROM, INC., and DOES 1               )   **MOTION FOR LEAVE TO FILE AMENDED**
    through 50, inclusive,                    )   **OR SUPPLEMENTAL ANSWER**
23                                            )
                Defendants.                   )
24  _____  )

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1      Plaintiff Brian Algee and Defendant Nordstrom, Inc. (hereinafter collectively "the Parties),

2 by and through their respective counsel, hereby agree and stipulate to the following:

3      **WHEREAS,** the Case Management Conference and Motion for Leave to File Amended or

4 Supplemental Answer previously set for Thursday, December 8, 2011 in the above entitled action is

5 continued to Thursday, December 15, 2011;

6      **WHEREAS,** Plaintiff's counsel are not available on December 15, 2011;

7      **WHEREAS,** the Parties have met and conferred on this issue and have agreed that the  Case

8 Management Conference and Motion for Leave to File Amended or Supplemental Answer should be

9 continued to Thursday, December 22, 2011, as required by the Northern District Local Rules;

10      **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties

11 through their respective attorneys of record and subject to the approval of the Court, the Case

12 Management Conference and Motion for Leave to File Amended or Supplemental Answer currently

13 set for December 15, 2011 be continued to December 22, 2011 at 2:00 p.m.

14 **IT IS SO STIPULATED.**

15

16 Dated: December 6, 2011

17                         **SCOTT COLE & ASSOCIATES, APC**

18

19                  By:  /s/ Hannah R. Salassi

20                        Hannah R. Salassi, Esq.
                        Attorneys for the Representative Plaintiffs

21                         and the Plaintiff Class

22 Dated: December 6, 2011

23                         **LITTLER MENDELSON, P.C.**

24

25                  By:  /s/ Matthew J. Sharbaugh

26                        Matthew J. Sharbaugh, Esq.
                        Attorneys for Defendant

27                         Nordstrom, Inc.

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

Stipulation and [Proposed] Order Continuing Case Management Conference and Mot. for Leave to Amend Answer

<div style="writing-mode: vertical">SCOTT COLE & ASSOCIATES, APC<br>ATTORNEYS AT LAW<br>THE WACHOVIA TOWER<br>1970 BROADWAY, NINTH FLOOR<br>OAKLAND, CA 94612<br>TEL: (510) 891-9800</div>

1

### PROPOSED] ORDER

2    **UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION**

3    **BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

4          Case Management Conference and Motion for Leave to File Amended or Supplemental

5    Answer is continued to December 22, 2011 at 2:00 p.m.

6

7    **IT IS SO ORDERED.**

8

9    Dated: _____12/7/2011_____

10   The Honorable Claudia Wilken
     United States District Judge,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
Stipulation and [Proposed] Order Continuing Case Management Conference and Mot. for Leave to Amend Answer