IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, individually, and on behalf of all similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-00301 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel further responses to representative plaintiff's special interrogatories, set one, request for production of documents, set one and demand for site inspections, the motion to compel further responses to Nordstrom's special interrogatories, set one, requests for production of documents, set one, and motion to compel deposition of Plaintiff Brian Algee, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, March 29, 2012, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 2/24/2012

                                      CLAUDIA WILKEN<br>
                                      United States District Judge

cc:  MagRef; Assigned M/J w/mo.