IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.,<br><br>      Defendant.<br>_____/ | No. C 11-301 CW<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO ENLARGE TIME FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br>(Docket No. 60) |

    Plaintiff Brian Algee seeks an enlargement of time for filing his motion for class certification.  Defendant Nordstrom, Inc. opposes Plaintiff's motion.  Having considered the parties' papers, and good cause appearing, the Court GRANTS Plaintiff's motion.  It is ORDERED that:

  1. Plaintiff shall file his motion for class certification, in a brief of twenty-five pages or less, on or before October 11, 2012.

  2. Defendant shall file its opposition to Plaintiff's motion for class certification and its motion to compel arbitration of current employees, contained in a single brief of twenty-five pages or less, on or before October 25, 2012.

  3. Plaintiff shall file his reply in support of his motion for class certification and his opposition to Defendant's motion to compel arbitration of current employees, contained in a single brief of twenty-five pages or less, on or before November 1, 2012.

4. Defendant shall file its reply in support of its motion to compel arbitration of current employees, in a brief of fifteen pages or less, on or before November 8, 2012.

5. Plaintiff's motion for class certification and Defendant's motion to compel arbitration with current employees shall be heard on Thursday, November 29, 2012 at 2:00 p.m.

6. The case management conference currently set for July 19, 2012 at 2:00 p.m. is hereby continued to Thursday, November 29, 2012 at 2:00 p.m.

7. The parties' stipulated protective order is adopted as an Order of the Court.

IT IS SO ORDERED.

Dated: 3/27/2012

CLAUDIA WILKEN
United States District Judge