UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN ALGEE,

          Plaintiff,

  v.

NORDSTROM, INC.,

          Defendant.
_____/

No. C 11-0301 CW (MEJ)

**DISCOVERY ORDER**

**Re: Dkt. No. 63**

The Court is in receipt of a joint discovery dispute letter from the parties regarding Defendant Nordstrom, Inc.'s interrogatories and requests for production ("RFP") related to the adequacy of putative class counsel Scott Cole and Associates. Dkt. No. 63. Upon review of the parties' letter, the Court ORDERS as follows[1]:

<u>Interrogatories 16 and 17</u>: As findings by the State Bar are public record and Nordstrom has failed to show why it would be entitled to State Bar investigations that have not resulted in public findings, Plaintiff need not respond.

<u>Interrogatory 18 and RFP 36</u>: Plaintiff's response shall be limited to 2005 to the present, and only as to those attorneys involved in this case. As to document production related to these requests, Plaintiff need only produce documents that are not public record. If Nordstrom still desires responses as to all Scott Cole attorneys, the Court shall permit further briefing on this issue, but only if Nordstrom is able to provide cases in which courts have addressed this issue in the context of a

---

[1] The Court declines Nordstrom's request that it find Plaintiff waived any objections by failing to serve timely responses. However, Plaintiff should be mindful that the Court may make such a finding if this issue arises again.

*discovery ruling* specifically at the *discovery stage* of litigation, i.e. not in the context of a Rule 23 certification motion. If Nordstrom is able to provide any such authority, it may file a brief of no more than three pages by May 4, 2012. Plaintiff may thereafter file a three-page response by May 8, 2012.

Interrogatory 19: Plaintiff's response shall be limited to 2005 to the present, and only as to those attorneys involved in this case. If Nordstrom still desires responses as to all Scott Cole attorneys, the Court shall permit further briefing as stated above.

Interrogatories 20-21 and RFP 38-41: As Nordstrom has failed to provide any authority establishing that it is entitled to discovery regarding "any advertisements" posted by Scott Cole on social networking websites or other websites, the request to compel is denied without prejudice. However, if Nordstrom is able to provide any such authority, it may file a brief of no more than three pages by May 4, 2012. Plaintiff may thereafter file a three-page response by May 8, 2012.

**IT IS SO ORDERED**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge