UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN ALGEE,

          Plaintiff,

  v.

NORDSTROM, INC.,

          Defendant.

No. C 11-0301 CW (MEJ)

**DISCOVERY ORDER**

**Re: Dkt. No. 65**

    The Court is in receipt of a joint discovery dispute letter from the parties regarding Plaintiff Brian Algee's demand to investigate, in real-time, the work environment and duties of putative class members at Defendant Nordstrom Inc.'s restaurants. Dkt. No. 65. Because Plaintiff has failed to establish that the physical inspection of Nordstrom's restaurants would have any relevance to his wage-related mis-classification claims in this case, Plaintiff's request is DENIED.

**IT IS SO ORDERED**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge