UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, | No. C 11-0301 CW (MEJ) |
| Plaintiff, | **DISCOVERY ORDER** |
| v. | **Re: Dkt. No. 66** |
| NORDSTROM, INC., | |
| Defendant. | |
| _____/ | |

The Court is in receipt of a joint discovery dispute letter from the parties regarding Plaintiff Brian Algee's Request for Production of Documents ("RFP"). Dkt. No. 66. As Exhibit A (Nordstrom's Supplemental Responses) does not contain all RFPs and responses discussed in the letter, the parties are ORDERED to file the response(s) that contain RFPs 3, 18, 20-21, 29-34, 36, 41, 45-48, 56, 61-62, 65, 70-71 by May 4, 2012.

**IT IS SO ORDERED**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge