UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN ALGEE,

           Plaintiff,

   v.

NORDSTROM, INC.,

           Defendant.
_____/

No. C 11-0301 CW (MEJ)

**DISCOVERY ORDER**

**Re: Dkt. No. 66**

    The Court is in receipt of a joint discovery dispute letter from the parties regarding Plaintiff Brian Algee's Request for Production of Documents ("RFPs"). Dkt. No. 66. Upon review of the parties' letter, the Court ORDERS Defendant Nordstrom, Inc. to provide responses for a random sampling of 25% of the putative class members. Nordstrom shall provide the names only of all putative class members, and Plaintiff shall then choose 25% at random. Nordstrom need not respond to the following RFPs, which, while potentially relevant to this case, are overbroad and/or burdensome for purposes of pre-certification discovery: 20, 21, 30, 47, and 48.

    **IT IS SO ORDERED**

Dated: May 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge