UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, | No. C 11-0301 CW (MEJ) |
| Plaintiff, | **FURTHER DISCOVERY ORDER** |
| v. | **Re: Dkt. No. 63** |
| NORDSTROM, INC., | |
| Defendant. | |

On May 2, 2012, the Court granted Defendant Nordstrom, Inc.'s request for discovery related to the adequacy of putative class counsel Scott Cole and Associates (SCA). Dkt. No. 68. However, the Court limited Plaintiff's obligation to respond to the timeframe from 2005 to the present, and only as to those attorneys involved in this case. The Court also ordered that if Nordstrom still sought responses as to all SCA attorneys, it would entertain further briefing. Having reviewed the parties' letters in response to the May 2 Order, the Court modifies its order to include the five attorneys listed on SCA's website. Plaintiff shall respond within 30 days.

**IT IS SO ORDERED**

Dated: May 9, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge