UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE,<br><br>            Plaintiff,<br>   v.<br>NORDSTROM, INC.,<br><br>            Defendant.<br>_____/ | No. C 11-0301 CW (MEJ)<br><br>**FURTHER DISCOVERY ORDER**<br><br>**Re: Dkt. No. 63** |

On May 2, 2012, the Court denied Defendant Nordstrom, Inc.'s request for discovery related to the "pop up" advertisements and other potential solicitations of putative class members on Facebook and other social networking websites by putative counsel Scott Cole and Associates (SCA), finding that Nordstrom had failed to provide any authority establishing its entitlement to such discovery. Dkt. No. 68. However, the Court permitted Nordstrom the opportunity to submit supplemental briefing. Having reviewed the parties' letters in response to the May 2 Order, the Court finds that Nordstrom has shown that discovery into SCA's advertisements could be relevant to determination of SCA's adequacy as class counsel. Further, Nordstrom's requests do not appear overly burdensome. *See, e.g., Walker v. Alta Colleges, Inc.*, 2010 U.S. Dist. LEXIS, at *6-10 (W.D. Tex. July 6, 2010) (finding the question of adequacy is properly explored through discovery to show the potential solicitation of class representatives). However, the Court also notes that Nordstrom already has evidence of what it contends was SCA's misconduct,[1] and through this evidence it may raise the issue of adequacy. *Id.* at *8-9 (denying discovery requests given that defendants had

---

[1] Specifically, Nordstrom cites to Plaintiff's own deposition testimony, in which he states that he found his attorneys through an ad on Facebook, as well as a pop-up Facebook ad it claims was generated by SCA. Joint Letter at 2.

already obtained relevant information).  Thus, in balancing the burden and expense of the discovery sought by Nordstrom, given the limited, non-merits based issue on which Nordstrom seeks it, the Court finds it appropriate to limit Plaintiff's responses to 2008 to the present.

**IT IS SO ORDERED**

Dated: May 11, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge