UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5                    UNITED STATES  DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8    BRIAN ALGEE,                              No. C 11-0301 CW (MEJ)

9                     Plaintiff,              **DISCOVERY ORDER**
          v.
10                                             **Re: Dkt. No. 92**
     NORDSTROM, INC.,
11
                     Defendant.
12   _____/

13

14       The Court is in receipt of a joint discovery dispute letter from the parties regarding

15   Defendant Nordstrom, Inc.'s interrogatories and requests for production related to the adequacy of

16   putative class counsel Scott Cole and Associates.  Dkt. No. 92.  Nordstrom seeks documents related

17   to Scott Cole's agreements with internet service providers related to advertisements of "pop-up"

18   messages related to Nordstrom or Nordstrom employees.  Upon review of the parties' letter, the

19   Court DENIES Nordstrom's request.  Although discovery into Scott Cole's agreements with internet

20   service providers could possibly be seen as relevant to determination of its adequacy as class

21   counsel, the Court finds that any such relevance is too limited to justify discovery.  Further, this

22   Court has already ordered production of advertisements on all social networking sites since 2008,

23   *see* Dkt. No. 79, and Nordstrom admits that it already has evidence of what it contends was Scott

24   Cole's misconduct.[1]  Thus, in balancing the burden and expense of the discovery sought by

25   Nordstrom, against the limited, non-merits based issue on which Nordstrom seeks it, the Court finds

26

27

28       [1]Specifically, Nordstrom cites to Plaintiff's own deposition testimony, in which he states that
     he found his attorneys through an ad on Facebook, as well as a pop-up Facebook ad it claims was
     generated by SCA.  Joint Letter at 2.

1   that Nordstrom has already been given ample discovery opportunities by which it may raise the issue

2   of adequacy. *See, e.g., Walker v. Alta Colleges, Inc.*, 2010 U.S. Dist. LEXIS, at *8-9 (W.D. Tex.

3   July 6, 2010) (denying discovery requests given that defendants had already obtained relevant

4   information).  No further response is warranted.

5       **IT IS SO ORDERED**

6

7   Dated: May 31, 2012

8                                                   _____
                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

2