IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORDSTROM, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 11-301 CW<br><br>ORDER LIFTING STAY |

　　On November 20, 2012, the Court granted the parties' stipulation to stay this case pending the Ninth Circuit's decision in the related case, Davis v. Nordstrom, Case No. C 11-3956.  In that stipulation, the parties agreed to inform the Court within three days of the Ninth Circuit's final decision on the appeal.  The Ninth Circuit's mandate issued on July 16, 2014.  To date, the parties have not filed any such notice.  The Court hereby lifts the stay in this case and directs the parties to file a joint status report or a stipulated briefing schedule for this case within seven days of the date of this order.

　　IT IS SO ORDERED.

Dated:  October 9, 2014

_____
CLAUDIA WILKEN
United States District Judge