IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALGEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.,<br><br>    Defendant. | No. C 11-301 CW<br><br>ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORT |

On November 20, 2012, the Court granted the parties' stipulation to stay this case pending the Ninth Circuit's decision in the related case, Davis v. Nordstrom, Case No. C 11-3956. In that stipulation, the parties agreed to inform the Court within three days of the Ninth Circuit's final decision on the appeal. The Ninth Circuit's mandate issued on July 16, 2014. The parties did not file any such notice with the Court. On October 9, 2014, the Court lifted the stay and directed the parties to file a joint status report or a stipulated briefing schedule for this case. On October 16, 2014, the parties filed a status report, indicating that they expected to submit a stipulation and proposed order for dismissal within thirty days. To date, the Court has not received such a stipulation or any other updates from the parties. The parties are again directed to file a joint status or a stipulated briefing schedule within seven days of the date of this order. If

the parties fail to do so, the case will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  November 18, 2014

_____
CLAUDIA WILKEN
United States District Judge

2